UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY M. BIZZACK,<br>        Defendant. | Case No. 1:19-cr-10222-DPW |

## NOTICE OF APPEARANCE OF SETH P. BERMAN

Please enter the appearance of Seth P. Berman as counsel for Defendant Jeffrey M. Bizzack.  I certify that I am admitted to practice in this court.

Respectfully Submitted,

/s/ Seth P. Berman
Seth P. Berman (BBO# 629332)
sberman@nutter.com
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2338

*Attorney for Defendant Jeffrey M. Bizzack*

Dated:  July 12, 2019

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon all counsel of record through the ECF system on July 12, 2019.

/s/Seth P. Berman
Seth P. Berman