# Exhibit A



September 16, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

       RE:    Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

I respectfully write this letter on behalf of my dear friend and business colleague Jeff Bizzack, whom I have known and have worked closely with during the last five years in managing several important companies controlled by Ziff Capital Partners, LLC, where I am currently employed as a Partner and Chief Financial Officer. I am aware that Jeff has pled guilty to committing a crime in connection with the well-publicized college admissions scandal and will be sentenced by you at the end of next month.

I met Jeff in April 2014 when he was raising capital to fund the construction of a man-made wave pool in Lemoore California, and was immediately impressed with his entrepreneurial skillset and enthusiasm for building new and exciting businesses. We choose our business partners carefully, and only move forward with individuals who are honest and have great integrity. Jeff has consistently demonstrated these traits on countless occasions in my weekly interactions with him since we met, and our business relationship quickly expanded to include multiple companies where together we had to address both strategic and human resource issues. He is a great leader and has earned the trust, respect and love from both his partners and the employees he manages.

Jeff cares deeply about his wife and children who I also know well. Both he and his wife have raised two amazing children who share their parent's values including hard work, compassion for others and respect for the environment. Jeff founded and is the former CEO of a clothing company in our portfolio called Outerknown that uses sustainable fabrics and manufacturing processes. His daughter worked there as a summer intern and she is now passionately pursuing her college major in sustainable design.

████████████████████████████████████

Like many others I was shocked and saddened to learn that Jeff was involved in the college admissions scandal. His actions in this instance are so out of character with everything else I have seen from him that it's still hard for me to believe that it actually happened. When the news of the scandal first broke it didn't surprise me how Jeff reacted. His first concern from a business perspective was the potential negative impact that his mistake could have on his partners and the employees of the companies he was associated with, so he immediately resigned from all Board and officer positions. He also took full responsibility for his actions, making it clear to everyone that he was willing to bear the full consequences. In his mind it was simply the right thing to do regardless of the impact on him personally.

Jeff is extremely loyal to the employees who have contributed to the success of the companies that he has either founded or helped grow over the years and insisted that ownership be shared widely among them with generous stock option plans or other equity grants. One of my favorite conversations is listening to him describe the ceremony of ringing the opening bell on one of the stock exchanges with team members on the day one of his companies went public. He recognized the meaningful impact that day had on their lives and families going forward. From Jeff's perspective, that alone made all the hard work to make that happen easily worth it.

Community service and concern for the less fortunate is also very important to Jeff. He has embraced the city of Lemoore and through Surf Ranch has made numerous financial contributions to local initiatives in that city. Surfing is well known to be therapeutic, and Jeff has organized several outings at the wave basin for organizations that support disabled individuals or those otherwise in need. The videos from those events are both heart wrenching and inspiring, and I hope you have the opportunity to view them. Jeff was emotional in describing to me what it was like to be on site for those events.

Jeff has already suffered greatly from the embarrassment and shame he has brought to himself, his family and his business colleagues. I know he is truly remorseful, and he will use this setback as a constant motivation to move his life forward in a positive way. I respectively ask that you consider the many positive aspects of Jeff in making your final sentencing decision.

Sincerely,

Mark A. Beaudoin

September 11, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Anna Holbrook Bizzack. Jeff is my brother-in-law. I am married to his youngest brother, Keith. We have two children. For the past four years, I have worked in floral product process for a flower shop called Wisteria Rockridge in Oakland, California. Prior to that, I worked for eight years in the Oakland Public School System as a Teacher's Aide working with underachieving students in K, 1st and 3rd grades.

I am aware that Jeff has pleaded guilty to a crime involving his attempts to secure a spot for his son at college. My letter is to provide reference as to his character.

I have known Jeff since 1993. We met when my husband and I started dating. I couldn't wait to meet him as my husband thought the world of his older brother. He cherished his times with him and considered him a mentor in life and work. He described Jeff as "larger than life" and "such a caring brother". I found Jeff to be exactly that, and much more. He was kind, genuine, generous and so welcoming. Of all the siblings, it was Jeff who consistently reached out to our family and made every effort to make us feel included. The Bizzack Clan is a large, closely knit family, and we gather as often as possible. Jeff is often the hub, working quietly in the background to help things go more smoothly. Through family rifts, medical emergencies, financial struggles…one could always count on Jeff to be there. He worked so many hours, but was always able to be present for family, friend and community obligations. I was always so admiring of his unwavering ability to balance all the demands of life so smoothly.

Jeff is a good person, who had a momentary lapse in judgment, of which he is so incredibly remorseful. It has been so painful to watch him go through this process. But he is. He has accepted full responsibility for his actions, and is doing everything he can to make it right.

For me, the greatest testament I can provide to Jeff's character is from the standpoint of a mother. My children are my world. So when it came time for my husband and I to sit down with

an Estate Planner, and make the agonizing decision of with whom we would leave our children in the horrific event that both of us should die, we immediately and unequivocally agreed upon Jeff and his wife. They have two children the same age as our own, and have raised them to be good, kind people. We share similar parenting values, so have always rested easy in the knowledge that when our children were in their care, they were safe, loved and under the best possible guidance.

Jeff is a good man who is in anguish as a result of his actions. He suffers daily with remorse, depression, self-imposed exile and the constant reminder of the damage this has done to his family. I hope this letter proves helpful in determining a lenient sentence for this well loved and greatly valued member of our family and community. Thank you, your Honor, for your consideration.

Sincerely,

Anna Holbrook Bizzack

September 13, 2019]

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is James Bizzack and I am Jeffrey Bizzack's twin brother. I am a Certified Financial Planner and owner of Bizzack Wealth Advisory Group in Pleasanton, California. I am writing to you today regarding Jeffrey's guilty plea.

As twins Jeff and I are very close, so I feel I have a unique perspective of who he is. I was stunned to hear the news that he was caught up in this Varsity Blues investigation as it is totally inconsistent with his values and moral compass. We grew up in a very loving family where our parents were always there to support us. I can only assume that Jeff was trying to do the same for his son and got caught up in something that was not what it appeared to be initially.

Jeff went to a Catholic High School and then to the seminary. As teenagers we started a business together and Jeff showed a real flair for business that eventually led him down that path instead of the church. His honesty, fairness and caring for others is exhibited in both his business and personal life. Jeff is the one in the family that is always there to help when someone has a need. A few years back our niece needed financial support for a mission trip to Africa and Jeff contributed the bulk of the funds for her to go. He supports a variety of charitable organizations in the community, not just financially but also sharing his business skills on their boards.

With this letter I hope you see that the actions Jeff has pled guilty to are out of character with who he is as a person and you take this into consideration.

Sincerely,

James Bizzack

Re: Jeff Bizzack  19-CR-10222-DPW

To Honorable Judge Woodlock:

We are Jeff's parents and feel it necessary to write to you and lend some insight to Jeff's character and outstanding citizenship through out his entire life. While we were surprised to hear about his unfortunate decision which lead to this case, it is no surprise to us that he is accepting responsibility for his actions.

He has always kept his family first and has always wanted to do the best for them. Jeff has been there to help anyone in need be it family or friend. .As an example, he had helped a very elderly couple who and no one in the city to rely on. This went from running errands for them, grocery shopping, and medical visits. This went on for many years. His work ethic is above reproach. He has helped with his time and energy their children's elementary and high schools. He supported in a big way a community effort to clean up the beach in their town. He was a board member of the non-profit group "MyOcean" spearheading that endeavor with the City and Coastal Commission. He has been most generous to both family, friends, and charitable causes.

It was are intent to show in some small way Jeff's dedication to family and friends and how he has conducted his life. It is our hope that this letter will act as a positive and contributing factor in the Court's consideration of Jeff's case. We are confident Jeff will learn from this situation and will go forward being the great person we always known him to be.


Sincerely

Mr. and Mrs. James Bizzack

September 12, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Keith Bizzack, I am Jeff Bizzack's youngest brother. I am the Corporate Vice President for Condon Johnson and Associates, a geotechnical construction contractor headquartered in Oakland, California. I understand Jeff has plead guilty to a crime involving his actions taken to secure a place for his son at USC. The purpose of this letter is to provide witness to my brother's character.

Jeff is 6 years my senior, I have looked up to him and been proud of him my entire life. I am one of 4 children and our families have all remained close all these years. We have children of similar age, we have shared in the various stages of their growth and accomplishments up to and including the present. Jeff has been an excellent example of generosity and respect for my kids. He has been extremely generous over the years with his family and extended family with his time and money leading many family trips and reunions. At these events he is always willing to share his knowledge of all the water sports he is involved with, patiently teaching each of my kids waterskiing, surfing, boating, boarding, etc. When any of us or his friends has had a health issue, it's Jeff who finds time to come to the hospital, visit the house, and always call to check up on us and offer assistance. Some twenty years ago, Jeff befriended an elderly couple living in San Francisco, Trudy and Edgar. Jeff was their friend for many years, they had no children of their own nor family still alive, they were both survivors of the Holocaust. They were getting on and struggled to be able to do the things that needed to be done to take care of themselves. Over the years Jeff visited with them, he brought them meals and helped take them to doctor's appointments or shopping when they needed. He was with them to the end and they were very appreciative to have someone in their lives who cared when they were in need.

The actions that Jeff has taken to bring him to this situation were wrong and are so out of character of my brother. I believe his actions were done without reflection or consideration and I have no doubt he will regret them for the rest of his life. He was an extremely busy executive with multiple companies and responsibilities that kept him distracted at the time he was helping with the student application process. He was burning the candle at both ends, not taking the time to consider what he was doing and this represented a convenient and time saving way to take care of this difficult process. I have never known my brother to be so distressed and remorseful as he is right now. He has already refocused his life to deal with what it was that brought him to the point where he became involved with this decision including

slowing the pace of his life by stepping back from all his business interests, starting therapy and involving himself in community service. The actions Jeff has taken subsequently to proactively take full responsibility for what he has done and make no excuses therefor, are exactly in tune with his character as known to us as a loving and righteous parent and citizen attempting all he can to right a wrong no matter the personal consequence and provide his children and nephews and nieces an example of what the right thing to do is.

I hope you consider this letter a positive contribution regarding my brother Jeff Bizzack in determining sentence for this matter.

Sincerely,

Keith Bizzack



# CHURCH OF THE NATIVITY

September 11, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:    Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

This letter is written as a character reference for Mr. Jeffrey Bizzack, who has pled guilty to a crime and whose sentence for that crime is to be determined by your court.

I am Monsignor Richard F. Duncanson, a retired priest of the Roman Catholic Diocese of San Diego, who until July 2019 served as Pastor of the Church of the Nativity in Rancho Santa Fe, California. My previous assignments have included several other pastorates as well as Chancellor and Moderator of the Curia of the Diocese of San Diego and Rector of St. Francis College Seminary in San Diego.

It was in 1980 that I first met Mr. Bizzack in my capacity as a part-time lecturer in Religious Studies at the University of San Diego and as a member of the faculty of St. Francis College Seminary. Mr. Bizzack was in the first class that I taught at USD. He was also in our college seminary program, discerning a possible vocation to the priesthood.

As a college student, Mr. Bizzack impressed me as a young man of deep faith who strove for excellence in everything that he did. He was a nationally-ranked water skier and he exhibited extraordinary discipline in his training for that sport. Although in time he discerned that he was not called to the priesthood, he continued to serve as a

youth minister at a local parish until he left the San Diego area to pursue business opportunities in Hawaii and elsewhere.

Mr. Bizzack is a highly motivated self-starter and has achieved great success in business. His success has always been based on hard work, determination and enthusiasm. He has always had a great sense of honesty and integrity in his personal and business relationships, which makes his recent crime seem so totally out of character.

Mr. Bizzack and I have remained good friends throughout these nearly forty years, and I have marveled at his business success and his loyalty to his family members and friends. When he married Christine in 1987, I was the priest celebrant of their wedding ceremony; I am their daughter Carly's Godfather; and I baptized their son Nathan.

I was much impressed by how devoted he was to an elderly couple from San Francisco whom he met while working as a waiter in Hawaii. Edgar and Trudy had fled Nazi Germany during World War II. Years later back in California, Jeffrey and Christine would
visit them often, helping them with their shopping and other household chores for twelve years until their death.

Mr. Bizzack wanted only the best for his two children. He was always supportive of their educational and sports programs in elementary and high school. It was this fatherly desire to support his son that led him to commit the crime to which he has pled guilty. It seems totally out of character for Mr. Bizzack to have knowingly violated any law or to be dishonest in any way.

It is my hope that the court will take Mr. Bizzack's long history of discipline, determination, honesty and hard work into account in determining the proper sentence for this crime.

Respectfully yours,

Rev. Msgr. Richard Duncanson
Retired Pastor

September 9, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Catherine Greer. For the past 4 years, I have been serving on the Rubicon Tahoe Owners Board of Directors, and I am currently the President of the Board. Rubicon Tahoe Owners (RTO) is a homeowners association with approximately 350 homes on the west shore of Lake Tahoe. My father built a cabin 60 years ago in this community. This is where I met Jeff Bizzack and his family, when they came into the Rubicon community 22 years ago. Since then, I have developed a deep friendship with Jeff and his family. In addition, I have served on the RTO Board of Directors alongside Jeff for several years.

I have known about Jeff's situation with the USC Admissions since April 2019. I know that he came forward and pled guilty to the crime. As a long time friend and fellow Board member for Rubicon Tahoe Owners, I found this situation to be something completely out of character for Jeff. His commitment to helping others, passion for honesty and integrity above all else, and genuine desire to make a positive impact, whether in business or personal life, is what Jeff's true character has exemplified throughout his life.

After the Bizzack family became part of the Rubicon community 22 years ago, Jeff immediately immersed himself in the community, volunteering his time by joining the Board of Directors for Rubicon Tahoe Owners (RTO). He has held several positions on the RTO Board: Chair of the architectural committee, Representative for RTO for the Tahoe Bike Trail project, Committee Chair for reviewing and restating the governing CC&R's and ByLaws, and President and Vice President of the RTO Board. He has served at least 11 years on the RTO Board. The Board of Directors is critical to governing and maintaining this community, as well as protecting and representing our community within the Tahoe basin and the projects that can affect the community. It takes an extraordinary amount of volunteer time. Jeff has never hesitated when asked to step up to another term on the Board. With his extensive business background, and passion for being involved in the community, he served his positions with great interest, business acuity, and integrity.

As well as serving alongside Jeff on the RTO Board, our families have formed a deep bond over the past 15 years. My husband and I raised 4 boys, who have been fortunate to have Jeff as a mentor in their teen years and into adulthood. Jeff shares his own life challenges honestly and openly, provides wise advice and guidance as our boys have grown into adult men, now all in their early 30's. When we lost our 28 year old to suicide in 2015, Jeff was by our family's side, without hesitation. When one of our sons started his own business and was struggling, Jeff was the one who offered sound business advice and direction. Currently, our youngest son is struggling with his life path and mental health issues. Even though Jeff is going through his own difficulties, Jeff is the one person who does not hesitate to call our son, provide guidance, support and tough love. I cannot emphasize enough, the positive impact Jeff has had on our entire family.

Jeff has shown to me over and over, in real life situations and struggles, his dedication to honesty, unparalleled support, and integrity in all aspects of his life.

Sincerely,

*Catherine Greer*

Catherine Greer

September 8, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:      Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Scott Greer, I am a Captain for Delta Airlines. I have been flying for
Delta/Northwest Airlines for 32 years. I have been married for 39 years and my wife and I raised
4 boys together.

Jeff Bizzack and I became friends when my boys were in high school around 20 years
ago. Jeff would hire the boys to do numerous jobs including painting his cabin, helping him to
move into his house in San Diego, trailer his boat, and build garage shelves. I was always
impressed how Jeff treated my boys as if they were his own. Jeff taught them about life's
challenges by sharing his own story of college years and starting a business, as well as many
other life lessons. My boys have always and still do hold Jeff in the highest regards. They are
now in their 30's and continue to have a close relationship with him, confiding in Jeff as a
mentor. He is an important adult influence that I very much appreciated during their teenage and
college years and beyond.

Our friendship deepened after the death of one of my sons. Jeff was the one person in my
life who was not afraid to call and check on me and see how I was doing. He included my wife
and I on a surfing vacation with his family several months after our sons passing; knowing the
Ocean is a healing place for us. When most people would assume we were "over" the loss, or
were afraid to bring up the subject because they didn't know what to say; Jeff always knew what
to say and when to say it. He is a truly compassionate and caring person.

I am aware that Jeff has plead guilty to a crime involving the admission of his son to
USC. I became aware of it in March. Jeff had just come through major back surgery and I was
calling him regularly to check on his healing and to offer my support. He became very depressed
and I knew something besides his surgery was bothering him. As I learned what had happened I
was struck by Jeff's desire to take responsibility and ownership for what he did. Knowing Jeff, I
could see that he wasn't worried about himself but was more concerned with the effect on his son
and the effect it would have on his wife and daughter and business associates. Jeff's level of
integrity made this a particularly bitter pill to swallow. He has built a well deserved reputation of
honesty and integrity in his business dealings and personal life. The fact that he came forward,
took ownership and plead guilty when he could have fought the charges speaks volumes for his
level of integrity.

Sincerely,

Scott Greer

September 13. 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Noah Grimmett. I have worked on Jeff's team at Kelly Slater Wave Company as General Manager and in other various roles since 2008. Over the years, Jeff has been a mentor and a friend, a relationship that has enriched my life and made me a better person. Sadly, I understand that Jeff has recently plead guilty to a crime and I felt obliged to write you about my life experiences with Jeff.

I have known Jeff now for over a decade, both professionally and personally. We started the company as a very small team and it was Jeff's enthusiasm for sharing the joy of waves that got me and others committed to something we saw as a worthy cause. The idea that sharing something we love, benefiting others physically, emotionally and spiritually was really important to Jeff and the rest of the team. It was Jeff who helped us dare to believe in what was possible and to think big about what we could accomplish. But more importantly, it was Jeff's values that built the cornerstone of our company and his values that defined him as a person to me. He wanted to build a team that looked after each other, that held each other up, that understood and valued family and above all was committed to doing the right thing, even when it was hard. He knew we would be remembered not only for what we've done in life but for how we've conducted ourselves, for the people we've been. It's for these reasons and more, that Jeff's crime seems like an incredibly hard to understand anomaly that Jeff has and will continue to learn from; a mistake that I'm sure he won't repeated.

Jeff's character can be seen in so many small ways, the respect he has for each individual, the way he talks about other people when they're not there, the importance he gives to taking the high road when there might be other easier alternatives. He was one to make sure people were celebrated for their achievements, making sure each individual knew that he or she played an equally important role and that we were all in this together. Jeff has had a very successful career as an entrepreneur, a history that's created a reputation of him as an honest, hard-working and

inspirational leader. Jeff's leadership, his simple and authentic humanity, have been sorely missed at our company since he pro-actively stepped down after this event.

Jeff has always made a point to give back to the community, especially through the experience of surfing. He has spearheaded so many touching events, for veterans and military, people with disabilities, life threatening illnesses, people from all types and backgrounds. This was something that really touched Jeff, our whole team, and was important for us to do. It's the right thing. Jeff has also been instrumental in many other philanthropic organizations, especially those benefiting ocean conservation, which lead to us meeting. I am thankful to know Jeff and to have so many memories with him.

I see Jeff as the kind of person that makes you feel optimistic about humanity, that you're not in this alone, stokes enthusiasm about the future and what the possibilities are. He has a sense of humility that opens you up. A smile, a joke, that give you perspective, keeps you centered on what's important, enjoying the moment. These, and others, are the qualities I love about Jeff. They make him not only an inspiring leader but also a cherished friend. I hope you'll consider Jeff's longtime reputation, the positivity he has brought to me, our company and our community as you deliberate on his sentencing.

Respectfully,

Noah Grimmett

September 9, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Terry Hardy and I am a co-founder and partner at the World Surf League, Kelly Slater Wave Company, and Outerknown apparel. I am writing in regard to Mr. Jeff Bizzack and his guilty plea in the United States District Court.

I have known Jeff for over 18 years, we met while serving on the board of directors of a non-profit ocean conservation organization. Jeff's involvement in this legal issue is out of character and beyond anything I could imagine from someone I have admired and look to for guidance on many occasions.

I have been in business with many different individuals over the past 30 years and none has been as honest, trustworthy, fair and supporting as Jeff. Although he's only a few years older than me, he has served as a mentor and one of the most influential people in my career. When you build business with someone you get to know them very well, and I can say that Jeff is the model of who you want by your side in business and life. Business aside, Jeff was there for my family and I when we were experiencing serious personal health issues, he stepped up and supported us through a very difficult time, just like he has done for countless others in his career. Jeff always has been active in the community. He and I have worked to raise millions of dollars for many amazing charitable groups including MiOcean, Surfrider, Hurricane Relief, WSL PURE, AMP Surf and many others. Jeff gives more than he takes and loves paying it forward. In my mind, Jeff's approach to this difficult issue is further proof of his character. He will continue to be a guiding force for me and someone I will always look to for support with business, family and life.

Sincerely,


Terry Hardy



September 10, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Emily Hofer, I am the Chief People Officer for the World Surf League and Kelly Slater Wave Company. I understand that Jeff has pled guilty to a crime.

I have known Jeff for over six years. We met in 2013, when he was named Chairman of the Board of Directors for Arise Virtual Solutions, a South Florida based tech services firm where I held the role of Chief Human Resources Officer. Within a short period of time, we began working closely together on several critical projects and this was the first time that I had experienced a true professional mentor. With his coaching and guidance, I was able to deliver true business value and became one of the most respected executives on our team. He challenged me to believe in myself, believe in my instincts and encouraged me to find my voice with our CEO and Board. Throughout Jeff's tenure at Arise, he invested in and mentored other key executives, including our Chief Revenue Officer, who ultimately delivered one of the most successful years in Arise history. In my opinion, Jeff is most certainly a talented business executive, but his most extraordinary gift is that of inspiring the best in people.

In 2017, Jeff invited me to consider joining the World Surf League and Kelly Slater Wave Company, two companies in which he held an ownership stake. The opportunity to lead the People function at these two early growth stage companies was most certainly exciting and compelling, but taking the opportunity meant I would need to uproot my young family and move across the country to Southern California. After careful consideration, I made the decision to join the World Surf League and Kelly Slater Wave Company, and without question, this decision was made because I trust Jeff. I knew then (and know today) that he would only invite me into an opportunity that would propel my career forward.

Upon joining the World Surf League and Kelly Slater Wave Company in 2017, we embarked on truly transformative work inside the two companies. As an owner and Chairman of the Board, Jeff partnered closely with me and to our new CEO, Sophie Goldschmidt, to advise us on strategy, key business issues and very importantly, building a culture that inspired the best in people. From 2017 through to 2018 we transformed the World Surf League from being simply a governing body of the sport of professional surfing, to an organization that makes bold moves in the areas of respect & inclusion, equality and ocean conservation. Just a few examples of these include:

- In 2017, Jeff partnered with me to identify, recruit and hire our CEO, Sophie Goldschmidt. We chose Sophie because she was the most qualified sports business executive in our candidate pool and were thrilled that we were hiring the first female CEO of a global professional sport.
- In 2017, Jeff worked closely with me and our CEO to kick off a journey to build a culture that is respectful and inclusive of all individuals, including females and individuals of diverse backgrounds and experiences. The initiative included intentionality around ensuring we improved our representation of females and individuals of diverse cultures across the business, the development and roll out of respectful workplace policies and annual training, and the development of employee led cross-functional teams. The impact of this internal initiative is immeasurable and has fundamentally changed the business. We truly are inspiring everyone to "bring their best self to work" and to do the best work of their careers.
- In 2018, Jeff worked closely with our CEO and Ownership group to approve the landmark decision that we would offer equal prize money for male and female athletes. This is the first time a global sports organization has offered equal prize money regardless of gender and sets the bar for other professional sports organizations.
  - http://www.espn.com/espnw/sports/article/24592027/world-surf-league-offer-equal-prize-money-women-beginning-2019-season
- In 2018, Jeff worked closely with our CEO and Ownership group to approve the decision that we would start taking visible action around ocean conservation. In 2019 we announced that the WSL would be carbon neutral, we would eliminate single-use plastics and we would leave each local community better than we found it. These commitments are having an impact on the world.
  - http://www.sportspromedia.com/news/world-surf-league-carbon-neutral-sustainability-sport
  - https://www.thedrum.com/creative-works/project/wsl-pure-glowing-glowing-gone

At Kelly Slater Wave Company, Jeff inspired a community service initiative that has touched the world in truly meaningful ways. In just the last 18 months we have sponsored and donated surf days at our Surf Ranch facility in Lemoore, California to over 15 organizations including Wounded Warriors, Valley Adaptive Sports, F Cancer Foundation and Save the Waves. These days offer more than just surf sessions, they are days centered on hope, connection and freedom. We inspire stoke, which is loosely defined as 'exhilarated joy', in those who need it most.

Over the course of the two years Jeff and I worked together at the World Surf League and Kelly Slater Wave Company, my respect for him deepened. His commitment to the people who worked in the business every day, especially those who worked on the front-line, was unmatched. From the maintenance technicians to the wave operators, to the interns, Jeff was the guy who had the pulse of our staff - almost instinctively. He was the one who after a long day, would surprise and delight our employees with "orders" to go surf the next day. He was the guy who organized family picnics and family surf days, and who knew exactly the right gift to thank someone for going above and beyond. Again, he has this remarkable gift for bringing out the best in people - in all of us.

Since I learned of the events that have led to this sentencing, I have spent a great deal of time reflecting and reconciling the Jeff I know. I am at a loss to explain how he made this error in judgement, and yet I know it could only have come from a place of love. As I write this I am reminded of a moment a couple of years ago when I was venting to Jeff about how frustrating it can be to raise an argumentative 12 year old…and he gave me some of the most valuable advice I have ever heard about raising kids: "Just love them through it, Emily, just love them through it."

This is the Jeff I know. A man who puts his whole heart into everything he does, who puts others before himself, who challenges us to be our best selves, who inspires us to do the best work of our lives, and to never forget what it's all for - our families. This is the man who inspired me to move across the country and rebuild a life in Southern California – and it has been the best decision I could have made for my career and for my family. He is the man who inspired me to deliver the most meaningful work of my career.

Jeff is a man of honor and integrity. I believe we all make mistakes, its how we own them and learn from them that matters most. Jeff has owned this mistake and I know he will pour his whole heart into learning from this mistake. This is who he is.

Thank you for your time and your consideration.

Sincerely,

Emily Hofer



### Steven Klei

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:    Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Steve Klei. I have known Jeff since 1994 and while Jeff started out as a business colleague, we have become dear and close friends.

During this time, I have been a witness Jeff's decision making in life and in business and – with this situation clearly as an exception – I have been impressed with his integrity, calmness, clarity and focus on family and what's "right".

I met Jeff when he was a vendor to a Company I worked for – he was managing sales and he was working to sell me software. Well – I bought! A year later I was so impressed with the Company and Jeff that I joined.

Jeff and worked side by side for 8 years. We grew the company from 90 employees to over 1,000 over that time. Along the way we took the company public and eventually sold it.

I was the CFO and Jeff managed Sales and Services. It was during that time that I really got to see Jeff not just as an associate, but also got to witness firsthand how he dealt with situations that were in the "Grey" area – challenging legal, ethical and moral values.

I was always impressed. I view the actions and decisions "behind closed doors" when no one is looking as the true test. I saw this on numerous occasions with Jeff and never once saw him make a decision that wasn't "the right thing to do". It would have been easy to look the other way as it relates to other's actions – but he didn't. As a sales leader of a public company there are many opportunities and motivations and pressures to change the outcomes in ways that aren't right. I can tell you that Jeff never succumbed to those pressures. Both impressive.

While it is apparent Jeff is successful professionally, that isn't what defines him. That has never been what drives Jeff. It is making a difference – whether helping others succeed in business and life or helping the broader community with his involvement in



miocean – a volunteer organization which is making a significant and positive impact on our environment.

I know he is remorseful and wishes he could change what has happened. I know he realizes it was a bad decision and he knows he must accept the consequences. I am truly impressed how Jeff is handling this situation and stepping up and taking responsibility and ownership and accountability. I am equally impressed by the number of people who have stood by Jeff and I think that's really a testament to his character and how he treats others.

I know I am not alone and how I think about Jeff and his friends that he has developed and I'm confident that you will get many people that would say the same thing think of me as a spokesman for all of them

I would be happy to testify on Jeff's behalf in front of the world and in person to represent him and am proud and honored to be his friend.

I don't know what kind of consequences something like this deserves but I can tell you Jeff has already paid a price well beyond any consequence that the legal justice system could render. I can see how it impacts Jeff and how it's impacting his family, his friends and his entire being. I cannot think of anything that would worse than what has already happened.

I would be happy to discuss this more by phone or in person.

Respectfully –

Steve Klei

John F. Moody
████████████████████

September 8, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is John Moody and I have been the Vice President of Finance for the Pacific Hospitality Group in Irvine, CA. for over 25 years. I also serve on the Board of Directors of Capo Beach Church in Capistrano Beach, CA for over 3 years. I am aware of Jeff Bizzack's criminal charges related to his son's admission into USC. In fact, Jeff called me the day before his guilty plea, incredibly remorseful, to inform me of his misconduct, the gravity of his situation, and to let me know he was ready to accept the responsibility for his wrongdoing. I was in total disbelief and nothing short of bewildered with his actions which are totally inconsistent with Jeff's reputation, character and integrity displayed over the 15 years I've known him.

I served with Jeff as co-Founders and Board Members of a community foundation in Orange County, Ca. called Miocean, whose mission was dedicated to address urban run-off in Orange County and the education of our youth of our ocean quality issue. Jeff contributed and supported numerous projects including working with state and local officials with water clarity solutions and fund-raising efforts to match government programs. Jeff also assisted with the coordinating of funding to help construct and equip a permanent facility for the Newport Beach Back Bay Science Center that is now used for testing water quality and the education of 7th-12th grade students. Jeff was also very influential with a unique educational urban runoff testing program for thousands of 5th and 6th grade students in Orange County through the Ocean Institute in Dana Point Bay. Jeff's commitment and contribution to this foundation and our community was remarkable.

I also worked alongside Jeff for 10 years as a co-Founder and Board Members of the Kelly Slater Wave Company. With Jeff's leadership skills, drive and strong sense of duty, the

company built what is widely regarded as the best artificial wave pool in the world bringing joy and excitement to the world's surfing and ocean sport communities.

Jeff is a good person and a great Father with an amazing family. I know Jeff to be trustworthy, charitable, dependable and always having a good moral compass. Jeff made a mistake and he knows it. In my humble opinion, Jeff's time is better served continuing his commitment and contribution to his community and charities where he lives, as he has always done.

I am free to be contacted for any further details.

Sincerely,

John F. Moody

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:    Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is John Moore, and I'm a Designer with 25 years' experience building brands across the fields of fashion, hospitality and wellness. I've played an instrumental role in the creation of global brands such as Hollister while holding chief creative roles in brands such as Abercrombie & Fitch & Quiksilver. I've been the Chief Creative Officer for design agencies creating experiential brands like Surf Ranch where I still occupy the role of Global Brand Guardian overseeing their brand expansion. Most recently, I cofounded the sustainable clothing brand Outerknown, where we make all of our products with the highest regard for the health of the planet and the people we work with. It is in the earliest days of creating Outerknown back in 2013 where I first met Jeff and his family. And over the last seven years of building these brands with Jeff, I have called Jeff a great friend, an incredible business partner, and critical mentor for me both personally and professionally.

Jeff and I have worked side-by-side on Outerknown, Surf Ranch, and our creative agency Group Efforts. When you've worked with someone as close as I've worked with Jeff, establishing multiple businesses, you get to know them extremely well. And you have to have incredible trust in them. We've spent days and nights together working tireless hours to realize these brand dreams all over the world, and when the long workdays would be done, we would spend hours longer sharing meals and stories about raising our kids and trying to be the best husbands and fathers we could be. We would share our challenges, what we learned from them, and since Jeff was a decade my senior and had kids before I did, his advice has always been so meaningful for me. He has never steered me wrong.

I am aware Jeff has pled guilty to a crime, has completely owned up to it, and will be coming up for sentencing with you in the next month. It is for this reason that I am writing you today, because I believe the behavior Jeff exhibited in committing this crime is the exact opposite of the man I know and love. These are confusing times we are living in, but the one thing I am absolutely certain of is that Jeff has always conducted his business and personal life with the utmost integrity and goodwill for everyone around him. Jeff is a man that has always put everyone's needs before his own. I realize that to call this crime a mistake is an understatement, but this is not the Jeff I know. I am 100% certain he has learned a giant lesson that will change him forever, and this will never happen again.

It is worth noting that when building our businesses Jeff would make sure that humanitarian and environmental values would be intrinsic to the heart and soul of each business, and we would initiate a charitable give-back program for each. With Outerknown specifically, Jeff made sure we would invest in the right planet-friendly initiatives so we could build clothing without a negative impact to the environment while also making sure the worker's wellbeing was a critical priority of our charter. In fact, before we had even sold a stitch of clothing, under Jeff's guidance Outerknown was abiding by the FLA (Fair Labour Association) global guidelines ensuring our workforce was being paid fairly while working in healthy environments. And as the chairmen of our board, Jeff oversaw the launch of the Only Gun You Need program where we sell graphic teeshirts and 100% of the profits go to Everytown in their efforts to find solutions to end gun violence. We have raised tens of thousands of dollars over the last two years in these ongoing efforts.

When building Surf Ranch in Lemoore, it was mission critical for Jeff that we would engage and work with the local community across all aspects of our construction, operations, and daily activations. Since 2015, fostering community has grown into a dynamic piece of the Surf Ranch operation hosting many days throughout the year with Valley Children's Adaptive Sports Programs as well as many other families and individuals with special needs. I've been lucky enough to attend some of these days which Jeff personally organized, and I've seen firsthand the life-changing experiences that have resulted because of him. And all along we've been raising money and making donations to local rotary grant programs as well as local educational programs in area. None of this philanthropic work with either Outerknown or Surf Ranch would exist without Jeff's guidance, and uncompromising values.

There's also one more thing I would like to say about Jeff and it's the fact that he has never created a sense of hierarchy or class in any of our business or personal circles. In fact, Jeff has always shied away from spotlight, often enabling those around him to get the credit for work he has done personally. This is rarefied space in the business world. There is absolutely no ego with this man. He takes a backseat and celebrates everyone around him. Always a friendly and positive presence which has created warm, inviting and healthy cultures for everything we have built together.

I've been lucky enough in my life to know and collaborate with some great people. I can truly say that Jeff occupies rare air amongst my greatest friends and mentors. He is an incredible human who truly cares about the people around him and the impact his work has on others. Bad judgement is something we've all encountered in our time on this earth, but I believe a man is the sum of all of his parts, and can say with all the honesty and integrity in my being that the rest of this man's world has been a force for good for his lifetime. I'm close with his children, and watching them turn into incredible young adults is a testament to the incredible father Jeff is. In turn, Jeff's kids have shared this same love and kindness with my own children always being a positive influence in their lives, and my own.

I have nothing but love and respect for Jeff and his family, and hopeful for the best possible outcome with your sentencing ahead. Genuinely appreciate you taking the time to consider these thoughts your honor.

Respectfully ,

John Moore

  

9.8.19

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock,

My name is Mark Price and I am the CEO of Firewire Surfboards. We are an innovative surfboard company founded in 2006, with a disruptive technology that increased the modern surfboards durability without sacrificing performance, while also reducing its toxicity.

In addition, since day one the company has been commitment to raising awareness around environmental and humanitarian issues, including financial support for certain organizations dedicated to those causes.

In writing my character reference below, I am also aware that Jeff has pleaded guilty to the charges he is facing.

I first met Jeff in early 2014 when the majority stake in our company was for sale due to the unforeseen bankruptcy of one of our investors.

One of our biggest fears during this process was that the eventual buyer would devalue the qualitative aspects of our business outlined above and in doing so, place all the emphasis on the quantitative side of the ledger.

Firewire's commitment to the environment, and doing what little we can to improve people's lives, is baked into our DNA, and of both professional and personal importance to all of our staff.

It soon became clear that not only were Firewire and Jeff's 'global citizenship' priorities perfectly aligned, but that he would also be a driving force at the Board level, pushing the company to do even more to promote these vital issues.

For example, Firewire is one of the largest endemic supporters of the Surfrider organization which has been instrumental in maintaining public access to US beaches, pushing clean water initiatives and various other programs designed to protect the coastline and oceans.

In addition, we support SurfAid, an organization fighting to eradicate malaria infections in the remote Indonesian villages surrounding some of the world's best waves. Firewire also supports the Share the Stoke Foundation which donates surfboards to underprivileged and deserving children who are doing well at school etc, as well as Surfers Against Sewage, Save the Waves Coalition and Parley for the Oceans, all highly credible organizations in the environmental space.

In fact, a full accounting of all the support would be a long read but suffice to say that the dollars involved are significant for a company of our size, and as mentioned, wholeheartedly endorsed by our new ownership under Jeff's leadership.

Furthermore, as is inevitably the case, once the deal is done and the tougher job of actually working with the new ownership group to further define brand strategy and the go-to-market planning takes over, any number of issues both large and small, tend to emerge. And they did.

In every case, Jeff's ability to digest a particular topic and his influence on the final outcome, reflected a person who always included humility and empathy in presenting his point of view. It was even more noteworthy given his previous career success and obvious business acumen.

Perhaps even more importantly, if the Management team unanimously supported a particular call, he would routinely defer to our decision if after making his case he had failed to dissuade us. And in this way, he was both a mentor and a critical sounding board for me personally, and the company as a whole.

I would also be remiss if I did not point out that many of our toughest calls often involved a tradeoff between doing the right thing versus what's expedient, and in every case, Jeff would support the high road. In fact, the examples are so numerous that in my humble opinion, it makes his transgression so out of character.

In closing I realize that these are just words on a piece of paper. However, at the end of the day we only have our reputations to fall back on and with that in mind, I take any request for the character reference very seriously.

Not only do I appreciated the opportunity to speak up on Jeff's behalf, but I am also certain that if any other member of the Firewire executive team were asked to comment, the feelings expressed above are universal.

Your Honor, I cannot condone what Jeff did and that is not my intent. And as you know, neither does he.

However, if the question is whether a highly respected person, who has shown us time and time again that character and integrity matter deeply to him, made a terrible mistake and if I may be so presumptuous, is deserving on some leniency..............I stand firmly behind every word of that sentence.


Sincerely,


Mark Price, CEO Firewire Surfboards.

September 16, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

I am a long-time friend of Jeff Bizzack, who has pled guilty to a felony. I am a retired
Superintendent/Principal of the Knightsen School District, a K-8 district in California, where I
had the privilege of serving from 1989-2010.

I met Jeff in 1983 in Maui, Hawaii where I went to start a business after 14 years of teaching.
He also was a business owner, and we began helping each other in our businesses. I took care
of his accounting, and he assisted me with marketing. We then began two businesses together.
In all his business interactions he was honest and above-board in every way. We worked long
hours and endured many setbacks, and eventually we each had to declare bankruptcy and
leave Hawaii. I returned to teaching in California, and he moved in with his parents and started
all over as a restaurant server. He was about 23 at this time. We lived within an hour of each
other and remained close friends. He also included me in his family events. He has a wonderful
family and was raised in a positive and supportive environment....something he also provided
for his own wife and children later on.

As a single, divorced female, I had to work very hard to overcome my financial problems in
Hawaii. Jeff had to do the same. He continued with his education while he worked, met and
married an outstanding woman, and became a rising star in the company he worked for. He
and his wife purchased a home in Discovery Bay, CA, which is only 15 minutes from the school
district in which I worked. In the early 1990's, Jeff sold me his home for what he owed on
it...$190,000....rather than the real value of the house which was over $300,000. He did this in
order to help me with my large financial debt. His actions allowed me to purchase a home I
could otherwise not afford, and to use the equity in the house to pay my debts, repay my State
retirement account, and become financially secure. Part of these actions, I believe were to help

make up for the losses many years before in Hawaii, and also because he was a dear, kind friend who really cared about making my life better. As a result of his actions, I have remained financially stable, and was able to care for my aging parents for several years in the home he helped me secure. His kind, thoughtful, and generous actions made a major difference in our lives.

Having known Jeff for 36 years, I have had the pleasure of being part of the family he and his wife created, while his children call me "Aunt Vickey". He is an outstanding father of two, and I was constantly amazed at his love, caring, kindness, and ability to be a stellar parent. The decision he made to take illegal action for his son to enter USC has stunned me, as well as all who know him. In all the years I have known him, he always made good decisions, worked for the betterment of others, and was an unwavering supporter of those around him. I have never known of any incident where he was not always honest and doing the right thing. It is important to note that what he did was to help someone he loved dearly, not to better himself in anyway. However, that does not make his actions acceptable, and I appreciate that he is taking full responsibility.

Jeff has always been an active supporter of causes, including development of, and participation in, non-profit ventures. He is a tremendously hard worker, always going above and beyond. His long hours and difficult work have often taken a toll on his health, yet he continues to put a smile on his face and move through problems to find success. Unfortunately all of the good he has done in his life is now overshadowed by one bad decision. He has accepted full responsibility for his actions and has not made excuses for that behavior. I admire him greatly for who he is as a person, regardless of the one terrible decision he made. He has a difficult road ahead of him, but I will always be in his life. I am proud to say he is my friend.

Sincerely,

Vickey Rinehart, Retired School Administrator

September 15, 2019

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Steven V. Snyder MD and I am a physician in Orange County, California. It is my understanding that Jeff has pled guilty to a crime and is to be sentenced in October. I appreciate the opportunity to share what I know about Jeff for your consideration

I have known Jeff as a friend and brother-in-law for over 30 years. During that time we have spent a fair amount of time together, raising our families, sharing holidays and taking family trips. It is difficult for me to explain my emotions when Jeff disclosed to me his situation. I have always known Jeff to be an honest , responsible, and loyal person dedicated to his family, friends, and community and this behavior was certainly inconsistent with the person I know.

Jeff has an impeccable reputation in the community , who has always handled his responsibilities without complaint. I have seen Jeff work his way up from being a waiter at a restaurant to becoming a successful entrepreneur. Despite a very demanding business and travel schedule, Jeff has always maintained his priorities. He is a devoted family man, always making the time to be available for family events and donating his time to help mentor the children in our family. He recently brought my daughter with him to a meeting with the Olympic Committee so she could understand how his business functioned and projects get advanced. He even made an impromptu flight to South Dakota to join us on an RV trip (with 5 kids and a dog) to help with the driving and spend time with the family

Jeff is active in the community helping to advance causes which he is passionate about. He was instrumental in the development of " miOcean," a non-profit organization to help local governments implement solutions to prevent contaminated urban run-off from polluting our coastal waters. He and his family have been supportive of and active in his church, participating in several missions to help the under-served. Even when we were young he had close relationships with the church, which has been maintained until this day. He is generous but not grandiose, repeatedly helping family and friends in need but you would not know about it unless someone else told you.

Over the past 30 years Jeff has been a remarkably honest man of good character which I believe has been displayed even in this unfortunate situation acknowledging his wrongdoing and his willingness to take responsibility for his action.

Sincerely,

Steven V. Snyder M.D.

September 15, 2019


The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:    Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW


Dear Judge Woodlock:

      My name is Cathy Templeton and I am a 5th grade teacher of 18 years. I acknowledge that Jeffrey Bizzack has pled guilty to a crime.

Jeff is my brother of 59 years. I can speak to you with authority about the moral condition of Jeff, and I hope your good faith will take into account this brief letter when you have to make your wise decision.

Jeff is not only my brother but is also my dearest friend. We have always been extremely close as siblings as we have leaned on each other consistently over the years for encouragement, support, and prayer. When I needed help moving in college, or moving across state he was there; when I needed help buying a house, and providing help with our daughters honeymoon he was there. There are countless ways Jeff has been that person who has been first to call or show up and say, "How can I help?". When you hear the saying "He will give you the shirt off his back" that is utterly true of Jeff. He has always been there for not just his family but his friends and colleagues.

Specifically, there was a time when our Grandmother died when in her nineties and Grandpap was so sad. The decision to have him fly across the United States to visit with family was an easy one but "how" was another story. Jeff immediately offered to fly to Pennsylvania and help Grandpap pack and make his trip as seamless as possible. Jeff never left this 90-year old's side the entire trip. What is true about Jeff in this specific situation as is in ALL situations like this, is that he gave generously of his time and money and not once did he complain or have a negative attitude. He always was truly and sincerely there to care and support that person he was helping. His honesty and ability to give you his trust is deeply evident by all who know him.

At all times, he has shown to have a generous, kind and devoted character towards others. He is a person with a lot of integrity and really makes a great effort to make sure that he acts correctly at all times which in the case of this situation I find this aberrant behavior not at all representative of who he really is. Being very close siblings Jeff and I have had many long long conversations and times of honest heart felt discussions of the reality of what these actions in this crime have done to his character and our family. Remorse, shame, and sadness are always at the forefront of these long talks. I believe with all my heart that Jeff was only wanting the best for Nathan and had no intention of doing anyone harm.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and others like it and feel All the support that the family and friends of Jeff are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

Sincerely,

*Cathy Templeton*

# OUTER<NOWN

The Honorable Douglas P. Woodlock
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:     Sentencing of Jeffrey Bizzack, 19-CR-10222-DPW

Dear Judge Woodlock:

My name is Mark Walker and I am the Chief Executive Officer of
Outerknown, LLC. I know that Jeff has committed and plead guilty to a crime.

I first met Jeff in September of 2016. As I type this, I realize it's only been
three years, but it feels like I've known him for so much longer than that given the
impact he has had on me personally and my family. I met Jeff when he was the
interim CEO of Outerknown and he had started the search for a full time CEO. At
the time, I held a CEO position in Manhattan. I knew from my first conversation
with Jeff that this position, the company he had built and he as an individual were
different from all the other opportunities I had been approached about. Within
weeks of our initial more formal interview conversations, Jeff and I were talking
weekly, sometimes daily and even began texting. We built a relationship three
thousand miles apart over the course of five months. Jeff appreciated my concerns
regarding moving my career, family and life across the country.

I knew from my first call with Jeff that it wasn't just about the job, it was
about the fit. In business and life Jeff has a commitment and vision to finding the
pieces and then putting them all together to create something amazing. His
biggest belief is in people and what can happen when you find the right people,
take care of them, empower them and let them achieve greatness. Through the
interview process, it was very clear to me that Jeff wasn't just looking for

OUTER<NOWN

someone who could just do the job, he was looking for someone who could finish what he started, would take care of the team he had created and honor the mission driven commitments of the brand. It was clear to me that he wasn't one of those investors who just cared about getting to profitability and increasing revenue at the sacrifice of the people who worked for the company, their quality of life or any sense of positive purpose for business. What truly impressed me about Jeff was that while assessing my qualifications, he also cared as much about me, my success as an individual and whether it was the right move for my wife and family.

In January of 2017, Jeff invited me out to Los Angeles to meet the team, visit the office and have dinner with he and the co-founder of Outerknown. Jeff not only invited but insisted I bring my family. He stressed the importance of their happiness and that I would only be successful, if they were happy and wanted to make the move to Los Angeles as well. At our dinner, Jeff spent much of the evening talking to my wife, getting to know her, telling her about the business, the ownership group and his commitment to my success and our family's transition across the country. It was after that dinner walking back to our hotel that my wife and I decided this was a great opportunity and I that I would accept the position. The opportunity at Outerknown was a great one but I took the role because of my belief in Jeff Bizzack. Talking to him never felt pushy, inauthentic or like a sales pitch. I remember telling my wife that Jeff was a "salt of the earth" kind of guy. Someone I could trust, rely on and honestly would like to emulate as I grow as a leader and CEO.

When I first heard about the Jeff's involvement in the events that lead to this sentencing, I thought there had to be a mistake. After talking to Jeff, however, I understood that he had participated and immediately understood how embarrassed and remorseful Jeff was for what he had done. I truly believe that Jeff's greatest strength is also his greatest weakness or Achilles' heel. His love for other people and trying to do whatever he can for people that he loves. I don't think this was about ego, status or a shortcut. I know from first-hand experience how much Jeff loves his family and kids and that he would do anything for them. Jeff and I have a weekly call and it's always a fifty percent about the business and fifty percent about our families. I think Jeff knew how badly one of his children wanted something and he wanted to do whatever he could to help make that happen. I don't condone what he did but after speaking with him and processing it, I understand and truly feel like he appreciates the gravity of what he did and

will do whatever it takes to make it right. In my first conversation with Jeff after hearing the news, the first thing he said to me was "All I care about is Nate and what happens to him." That is the Jeff I know. That is the Jeff that I have grown to call a friend and am honored to call a mentor.

Let me give you a few examples of the Jeff I know:

- Outerknown is a clothing company that aims to be "for People and Planet." Being a mission driven company while trying to be profitable is not an easy thing to do. Making clothing the "right way" as it pertains to its impact on people and planet takes more time and costs more. Jeff created the culture at Outerknown before I got here and continues to support me with the rest of the ownership group when it comes to our commitment to sustainability. He has a true belief in what Outerknown stands for and why it was created. It isn't just about making money but about changing the way clothes are made and educating people on how to make decisions to minimize their environmental impact. Jeff has been instrumental to me and Outerknown when it comes to creating a strategy plan and a financial plan that balances the needs of the business and the values we stand for as a company. After 20+ years in retail, I can say it is near impossible to do be profitable and sustainable but it's Jeff's vision, confidence and support that drives our plan to achieve it.

- Over the last year my wife experienced a medical situation and needed surgery. There were few people I could talk to, entrust or confide in. Jeff was always there. As usual, Jeff stressed that family comes first and that needs to be the focus. He was constantly checking in to see how we were doing and if there was anything he could do from a business or personal standpoint to help us through. There were some tense days trying to balance work and personal life and Jeff was always there with the right quote to lift me up, personal experience to give me hope or he would just help move things around to lessen my burden. I was very thankful for the role that Jeff has played providing support and keeping me focused on what's important.

# OUTER<NOWN

- As part of our brand values and mission. Outerknown strives to educate and support causes we believe in. I cannot describe how amazing it is to work for a startup that is willing to dedicate time, resources and money to these organizations. Jeff has championed each of the following with the team:

  - Ocean Conservancy. Outerknown created a line of clothing called "It's not OK" where all the profits from the sales went to The Ocean Conservancy for the protection and research of our oceans. To date we have donated over $80K to the Ocean Conservancy.

  - After the mass shooting in Parkland, Florida, we created a T-shirt that raises awareness around gun violence and all profits from the sale of this shirt go to a non-profit called Everytown. To date we have donated over $50K to Everytown to help support smart gun control. This was a highly emotional and politically charged initiative that many companies would have avoided at all costs. It was Jeff's support and green light that allowed us to participate in such a worthy cause.

  - California suffered some of its worst forest fires last year and impacted many people in Los Angeles near our office. We donated roughly $25k to the Cal Fire First Responders Fund and we gave $1k gift cards for new clothing to all our friends and family who were displaced. We paid for hotel rooms for our employees who were evacuated and we also donated a clothing to be distributed to those in need. To do all of this and be where people needed help the fastest, I needed to make quick decisions, sometimes without prior ownership approval. Jeff has created an environment where I feel not only empowered but proud to make these decisions.

Jeff has created an amazing culture, sense of belonging and purpose not only at Outerknown but at all of the companies that he is affiliated with. Jeff pushes all of us to bring our best, do what we believe in and to try to have a little

fun along the way. He regularly reminds us that family comes first and that if you don't have balance, you aren't doing it right. I moved my family across the country to work with Jeff and it's been one of the best decisions I've ever made.

Jeff is a good man, a great father, a supportive business partner and friend. He's the guy you know will answer the phone when you really need something. Jeff made a serious mistake. But his intent wasn't malicious or selfish. I also believe Jeff truly understands the mistake he made, it's impact on others and is owning it. He isn't shirking responsibility and wants to make amends. Nobody will be harder on Jeff than he will be on himself. There are so many positive things that Jeff can and will do for to others to make up for this mistake. Allow Jeff to use his skills to help others. It is what he is good at.

I hope I am never sitting in Jeff's situation but if I do, I hope I have the faith, courage and strength to own it the way he is.

Sincerely,

Mark Walker