UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JEFFREY M. BIZZACK,<br><br>        Defendant. | Case No. 1:19-cr-10222-DPW |

**ORDER APPROVING REQUEST TO RETURN PASSPORT**

**IT IS HEREBY ORDERED** that:

The United States Pretrial Services and Probation office for the District of Massachusetts shall transfer Defendant's passport to the United States Pretrial Services and Probation office for the Southern District of California located in San Diego, California.

The United States Pretrial Services and Probation office for the Southern District of California shall return Defendant's passport to him 60 days following his release from prison.

Dated: _November 7, 2019_

_____
Douglas P. Woodlock
United States District Judge